# LEDBETTER v. KIMSEY.

No. 2172.   Opinion Filed October 15, 1912.

Rehearing Denied September 9, 1913.

(128 Pac. 1086.)

**APPEAL AND ERROR—Briefs—Failure to File.**   Where plaintiff in error has filed no brief, as required by rule 7 (20 Okla viii, 95 Pac. vi) of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Roberrtson, C.)·

*Error from District Court, Muskogee County;
John H. King, Judge.*

Action by Charles Kimsey against J. F. Ledbetter to contest an election.   Judgment for plaintiff, and defendant brings error.   Dismissed for want of prosecution.

*Owen & Stone,* for plaintiff in error.

*A. A. Davidson,* for defendant in error

Opinion by ROBERTSON, C.   This appeal was filed in this court December 8, 1910.   Neither party has filed a brief; nor has there been any excuse offered for their failure to do so.   It is evident that the proceedings have been abandoned. The appeal should therefore be dismissed for want of prosecution, under rule 7 (20 Okla. viii, 95 Pac. vi) of this court. *Hass v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick,* 27 Okla. 779, 117 Pac. 200; *Bender v. Bender et al.,* 30 Okla. 288, 119 Pac. 205; *Cox v. Rogers,* 30 Okla. 296, 119 Pac. 205; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205.

By the Court:   It is so ordered.